PHARMACHEMIE B.V., Appellee,

v.

BARR LABORATORIES,
INC., Appellant.

Mylan Pharmaceuticals, Inc., Appellee,

v.

Barr Laboratories, Inc., Appellant.

Nos. 00–5206, 00–5207.

United States Court of Appeals,
District of Columbia Circuit.

March 20, 2002.

Before: SENTELLE and ROGERS,
Circuit Judges, and WILLIAMS, Senior
Circuit Judge.

### *ORDER*

PER CURIAM.

For the reasons set forth in the court's
opinion dated January 18, 2002, in the
consolidated matter of *Pharmachemie,
B.V. v. Barr Laboratories, Inc.*, No. 00–
5206, it is

**ORDERED** that appeal No. 00–5207,
*Mylan Pharmaceuticals, Inc. v. Barr Lab-
oratories, Inc.*, be dismissed as moot, the
judgment of the district court be vacated,
and the case remanded to the district court
with instructions to dismiss Mylan's com-
plaint.